AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

for the

District of Maine

U.S. DISTRICT COURT
DISTRICT OF MAINE
RECEIVED AND FILED

2019 JAN 17 A 11:08

BY
DEPUTY CLERK

United States of America
v.
JASON MORGAN
*Defendant*

Case No. 1:18-cr-00197-LEW

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 1/17/19

Jason Morgan
*Defendant's signature*

*Signature of defendant's attorney*

Christopher K. MacLean, Esq.
*Printed name of defendant's attorney*

*Judge's signature*

Lance E. Walker, U.S. District Judge
*Judge's printed name and title*