U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2019 JAN 17 A 11:08

BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Criminal Case No. 1:18-cr-00197-LEW** |
| | ) | |
| **v.** | ) | **Violation:** |
| | ) | **18 U.S.C. §§ 922(a)(6), 924(a)(2)** |
| **JASON MORGAN** | ) | |

# INFORMATION

The United States Attorney charges:

## COUNT ONE

[False Statements to Federal Firearms Licensee]

On about May 26, 2017, in the District of Maine, the defendant

**JASON MORGAN**

in connection with the acquisition of a firearm, to wit, a Smith & Wesson, model Bodyguard, .380 caliber pistol, serial number KEF70473, from Kennebec Guns, LLC, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to an employee of Kennebec Guns, LLC, which statement was intended and likely to deceive Kennebec Guns, LLC employee as to a fact material to the lawfulness of the sale of the firearm to the defendant under chapter 44 of Title 18 in that Question 11a stated that an individual is "not the actual transferee/buyer if [the individual is] acquiring the firearm(s) on behalf of another person.", Question 11a of ATF Form 4473 asked, "[a]re you the actual transferee/buyer of the firearm(s) listed on this form?" and the Defendant, Jason Morgan, checked the "yes" box on the form in response to question 11a when in truth and fact Mr. Morgan very well knew that he was not the actual buyer of the firearm.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

Dated at Bangor, Maine this 20th day of December, 2018.

HALSEY B. FRANK
UNITED STATES ATTORNEY

James M. Moore
Assistant United States Attorney